## ORGANIZED CRIME TASK FORCE

PLANT # _C.C. --- c1L-s/t_  
DATE _08-10-00_  
REEL # _5 - 3 771/lc_

LINE # _714 · 496-3761_  
PAGE 1 OF _2_  
MACHINE SERIAL # _213-390_

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| Joseph A. Hahen | AH |
| Juan J. Figa | HT |
| WA Murphy | HG |

Changed to _____ at _____

Time Plant Opened _1558 JAH_  Closed _2400_

INV T (suff) H 7  
The bile-Tufi  MRT

| CALL # | TIME # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 1558 000 | | JAH | Recorder on, Plant in Service, Tape 5-3991/00 Tuskel |
| | | | | Call in progress |
| 001 | 1558 000 | I/L | JAH | No Sound MTO Tech work |
| 002 | 16:2 024 | Act Doc | HC | off Hook. |
| 003 | 2130.35 024 | 914-9786 | MRT | Discussing ChILDREN - Social - *Missed 40 clubs UNKnown female - SpeakeR problem * |
| — | 21:35 098 | S/M | MRT | UNKun female " N/P Min |
| — | 21:41.44 110 | S/M | MUT | SAME Females. N/P/ m.n |
| — | 21.44° 118 | S/M | MRT | SAme Females REF KIDS N/P. m.n |
| . | 2148.05 122 | S/M | mRT | " " " N/P m.n |
| — | 21:52 129 | S/M | MRT | OFF Hook |
| 004 | 21:53 130 | S/M | MRT | VNK Male caller - Carol / CALL DISCONNECTED/REDIALED TAll to DAughter |
| — | 21.54 153 | 914-778 6572 | MRT | Male + Female - Ref AS. DADDY - Soc. N/C S/M |
| 005 | 2155 170 | NO # DIALED | MRT | N/P |
| 006 | 22:59 171 | 1-800-625 4539 | MRT | NO vace call to BANK REF! checking ALCOUNT |
| — | 22:59:30 182 | S/M | MRT | N/P SAme us above - S/M |
| — | 23.0 185 | S/M | MRT | N/P i. " " |
| — | 3:04 187 | S/M | MRT | N/P i, " ', |
| 007 | 23:0) 187 | NO # Dialed | MRT | N/P |

# of intercepted calls _3_      # of incriminating calls _O_

# of persons not previously intercepted _O_

PLANT # _OO-016 SRF_ LINE # _914-496-820_ REEL # _S-3471/00_ & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 24,00 | — | | PLANT closed. MTC. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLANT # OO-OI6 SRF

LINE # 914-496-8201

DATE 08-10-00

PAGE 1 OF 6

REEL # S-3972/00

MACHINE SERIAL # 213-320

Changed to S 3973/00 at 2350

Time Plant Opened 0808 JAH          Closed 2359

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| J.A. HAFNER | JAH |
| J J Figueroa | JJF |
| A.T. VANTURINI | ATV |
| J.T. McCabe | JM |
| T V WORTHY | TW |

| CALL # | TIME / # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0802 / 000 | | JAH | Tape S3972/00 Installed, Plant S/S |
| 008 | 0913 / 000 | 914 4438182 | JAH | I/C  M/O(       ) Hello   Hang Up |
| 009 | 0914 / 008 | No Dial | JAH | Off hook |
| 010 | '00 / 008 | 144 d/c 55 8158C9 | JJF | Pager   914-496 8201 |
| 011 | 100 / 014 | I/C | JJF | H/U |
| 012 | 100 / 00 | 914 2356198 | JJF | M/O(    ) M/I (Pay) M/O what time M/I around 1PM M/O OK |
| 013 | 100 / 024 | O/C 512C7 | JJF | F/I (unknown) How's CAR, M/O(    ) good TALK OF CAR  F/I He bought a final mobile M/O(   ) It's a CAR, AC take you, Where's SAL M/I(Sal) Sick puppy M/O Doing anything M/I Fixing Garage M/O looking for Restaurant at 1PM with Pay M/I talking of Ruperts @ home  M/I + M/O talk of Weather and CAR M/O Talk to you Later |
| 014 | 100 / 055 | H/U | JJF | |
| 015 | 100 / 059 | O/C 5707C7C | JJF | H/U |
| 016 | 100 / 93 | 4570707 | JJF | Ans 357070) nobody M/I  M/O mario |

# of intercepted calls ___52___   # of incriminating calls _____

# of persons not previously intercepted _____

PLANT # _OC C16 SFF_ LINE # _714 496-820/_ REEL # _53772 /00_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|---------------------------------------|
| C16 | 1010 108 | Continued | JA | are you there, In Call Later |
| C17 | 1000 110 | 423 313 | | M/C |
| C18 | 1008 114 | Cu EIC | | M/I (marie) m/o Mane m/I therapist M/O for your mind of body M/I Bans M/o & M/I talk of M/I medicae problem M/I talk to Dominick m/o M. as long as everta ny is going well M/I anyone at Vacation - called Ken morgan m/o for M/I ted him to Call me back M/o talk to Gen. M/I gavaatee in Call today M/o Nice guy - Montgomery gride Restaurant M/e and Kay are gerney M/I Know he owner M/o. Marie Cadospari Review of the weped - Talk of M/I's wife Accident M/o gue Robby a Call M/I (marie) OK Say hello to Kay |
| C19 | 1013 199 | 4351 5 | | Phics Aeus Machine M/o Philly give me a Call try (four Coil) |
| C20 | 114 212 | 4381 89 | | (Aves Cen price) Aves Machine see 58/5978 record a message M/lly give me a Call @ how |
| C21 | 115 219 | See 55/1979 | | Payer 714 496870/ |
| C22 | 1069 237 | N K | | Cut Hook |
| C23 | 101 238 | H# 496 Est M | | M/O Re-Call 12 (Cons cucumber Rez) |
| C24 | 1018 241 | H/1 a | | N/C Cad |

PLANT # Cc-alt-SPF    LINE # 714 496 5721 REEL # 53972/00 &

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 025 | 241 | 714 716 496bless | L | F/F MF Austin M/c (Anthony) NC /T wrong # |
| 026 | 244 | H/4 | 处 | |
| 027 | 1032 245 | 914 7786572 | AH | M/o (Anthony) F/I (       ) F/I - mary said I gave her the wrong # to call about the Christening She said because my husband is Protestant + didn't get married in the catholic w/ have to go to the class NPMTC |
| | 1035 265 | S/M | AH | F/I - has to run to hospital, Aut- Mommy has vacation this week and we're not going any where NPMTC |
| | 1037 271 | S/M | AH | Both discuss Christening NPMTC |
| 028 | 275 | H/4 | | NC call |
| 029 | 276 | # H | E | F/F (Dwayne) Dery are you home m/k (rather) Dying out, you (be come Over freeze MTC |
| | 277 | | | |
| 030 | 1059 277 | 496 650. | L | M/I (      ) Still thing that M/I (Anthony) your M/c from you UP |
| 031 | 1050 282 | Hu | 4 | NC / call |
| 032 | 1137 282 | I K | 处 | NC answer H/u |
| 033 | 1147 286 | — | E | No # David |
| 034 | 1202 287 | 496-6506 -iC | ADV | CALL # 018 CALL RECORDED ON 496-6506 - MTC |
| 035 | 1237 287 | 781-7389 -iC | AH | Ans Machine Playson Male Voice. FIF-leaves message. |
| 036 | 1242 283 | 201 307-9100 iC | ADV | F/I (      ) F/o (      ) - DAD JUST LEFT - CLEANUR LADIES AUE THERE - IT'S RAINING NPMTC |
| 037 | 1523 307 | 914 461 0159 | AH | F/c (      ) M/I ( Athony (JR) ) A - is he home F/I - yeah I don't know where A-could you find him F/I - yells (Daddy |

PLANT # __OC-016 SRF__ LINE # __914-496-8201__ REEL # __# 3972/00__ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | | | | "I- Anthony is it important I can't find him and the baby is crying. |
| 038 | 1527 317 | 781 3963 | JAH | "10 (Anthony) "1 I (Anthony) "I- you want me to stop @ that place for you "10- yeah get 2 qts of Matza Soap 2 pastromi Send 2 and continues w/ order for food NPM TC. ENO |
| 039 | 1530 335 | 7832920 | JAH | F/o (Chrusy? ) F/I ( ) @ Drs. Office F/I wants to make Apt. NTO ENO |
| 040 | 1544 339 | 496-6506 | QIN | F/o (♂ ) F/I (SVE) — NPMTO |
| — | 1548 358 | Sm | QIN | NPMTO - |
| — | 1550 364 | Sm | QIN | CALL ENDED - NP |
| 041 | 1651 369 | 1k | JL | F/E Talk about baby Pho NP MTO |
| 042 | 1716 373 | 781 3963 | 980 | 778 6572 — $173 BILL FOR FOOD - ADVISE HE'S IN TRAFFIC (M)? |
| 043 | 1740 385 | 778 6572 | 980 | CHRISTINE GETS ASKED IF SHE CAN BABY SIT. MTO LUCILLE IS SPEAKING TO CHRISTINE |
| 044 | 1745 408 | S/M | 980 | w/M ON LINE ASKING w/F SOMEONE TO HE? PICKED UP THE "PAYS" - ASKING WHOSE GOING TO WORK SAT + SUN. W/F IS CALLED LUCILLE. START TALKING ABOUT PRESENTS MTO |
| — | 1748 444 | S/M | 980 | SAME TWO INDIV. ON PH. - TALKING ABOUT CLERKING/SOCIAL MTO |
| | 1751 456 | S/M | 980 | SAME TWO INDIV /SOCIAL MTO |

PLANT # CC-OL6-SRF   LINE # 914-496-8201   REEL # 3972/cc   & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 044 | 1815 | G19 7410310 | 4W | W/F + W/M — ASK TO SPEAK WITH TACKIU — SPOKE JJ + HC'S WORKING SAT. ANTHONY JOB IS TO P/U THE CKS |
| 045 | 1835 | 496 6326 | | Recording. Hangs up |
| 046 | 1850 497 | 496 2031 | | F/O A/E Discuss sandwiches - NP |
| 047 | 1912 | 509 496 8031 | | W/M MA SPEAKING W/ YOUNG CHILD |
| 048 | | 496 9156 | | D/G H/F W/M ASKING IF GOING OUT TONIGHT / SOCIAL MTO |
| — | 1928 | S/M | | SAME TWO INDIV - TALKING ABOUT WRK + TONIGHTS PLANS MTO |
| 049 | 1938 | 497 2624 | | W/F ED LOOKING FOR JOE — NOT HOME |
| 050 | 2000 | 914 7816245 | | MOM CALLING ASKING TO PUT DOGS IN GARAGE |
| 051 | 2016 | 7813938 | | W/M ASKING W/M IF HE WORKING IN A.M. |
| 052 | | ##K | | F/E - Did you hear from Joe. I'll try him in a few Mlo. yeah - call him |
| 053 | 2050 578 | O/G 7816245 | | W/M — W/F (POSSIBLY ANTHONY? SOCIAL CALL W/F — CAROL / WIFE |
| 0534 | 2105 85 | — | | TAPE # S-3972/cc REMOVED / SECURED |
| | 2053 600 | — | | TAPE # S-3973/cc INSTALLED |
| 054 | 2070 000 | 496 6566 | | Recording - NO Message |
| 055 | 2111 | 010 345 3513 | | M/F Discuss eye problem M/c Discuss buying a place for '225,000 for property + '175,000 for business (grand corner four 88 Chicks Place in Montgomery) MTO. N.J. Rent |
| — | 2116 85 | S/M | | M/E Mls. Discuss medical problems |

PLANT #00 016 SRF    LINE #914-496-6201    REEL #S-3973/00    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 2:05/02 | SM | | MIE SAme TWO males Mlo Discussing non pert information MTO |
| — | 2:20/14 | SM | | Same two mdes discussing someone's medical problem MP |
| — | 2:23/38 | SM | | Talk about cops escorting Phil back home because of rain. |
| 056 | 2:25/167 | 496-6506 | | F/E-Sue Discuss Child m. H... her head Mlo Ant MTO. |
| — | 2:27/171 | SM | | " |
| — | 2:24/173 | Sn | | ' |
| 057 | 2:36/175 | 1/c | | Refer to call # 21 on 343-3313 line sheet |
| 058 | 2:41/199 | 1/c 343-3313 | | Refer to Call # 22 " " " " |
| 059 | 2:57/204 | 914- 496-6601 2/c | | F/E. Your brother is driving her crazy (Referred to him as Carol) Mlo- Let me get the portable phone MTO |
| — | 2:00/228 | SM | | Same two talking MTO |
| — | 2:02/233 | SM | | Same two talking about Chris MTO |
| 060 | 2:12/247 | 1/c | | Mlo-Ant Discussing Child's injury MTO |
| — | 2:57/261 | — | | Record off Plant O/S |

PLANT # OC-OIG SEf     LINE # 914 496 8201

INTERCEPTED & RECORDED BY:

DATE 8/12/00     PAGE 1 OF 4

REEL # S 3974/00     MACHINE SERIAL # 213-320

| NAME (Print) | INITIAL |
|---|---|
| J McCabe | gh |
| T CORTHY | TW |
| JJ Figueroa | — |

Changed to _____ at _____

Time Plant Opened 0809     Closed 0002

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| / | 0808 000 | / O/G | JM | Recorder on Plant i/s |
| 061 | 109 000 | 7786572 O/G | TW | NO ANSWER |
| 062 | 1025 | 130856 | TW | ANS MACH. (JAMES AUSTIN)? - NO MESS. LEFT |
| 063 | 1046 | C/W | FC | CALL #61 — LUCILLE? — w/M TETIS HER FOR CHRISTINE |
| 064 | 1065 | O/G 96630 | TW | w/M (ANTHONY) SUE — TALK ABOUT CHILD THERE HAVING CAKE LATER MTU — GETTING HURT LAST NIGHT MTC |
| 065 | 1192 | 973624 | TW | ANTHONY — w/F — ADVISES HER ABOUT CAKE LATER @ 5 PM MTU |
| — | 1192 | S/M | | Hung-up |
| 066 | 1192 | 966179 | TW | ANTHONY — w/F — ASKS TO SPEAK WITH CAT (CATHUNE) — w/F GATS GITS ON + SHE CALL SAYS #1 ANTHONY — SOCIAL |
| 067 | 1122 35 | | TW | WRONG # |
| 068 | 1238 | 7825934 | TW | ANTHONY → V.TO - ORDERING FOOD MTO |
| 069 | 1350 | 572070 | TW | ANTHONY — CALLS DOCTORS OFFICE MTO |
| 370 | 1463 | 7868601 | TW | ANTHONY — " " " MTC |
| 371 | 1159 71 | O/G 254-7474 | gh | FE- Think you M13-Anthony Columba reads number |

# of intercepted calls ___46___ # of incriminating calls _____

# of persons not previously intercepted _____

PLANT # _ESOO-OIL SRF_  LINE # _914 496 8201_  REEL # _S-3974/cc_  & _____

| CALL # | TIME # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 012 | 1156 / 177 | 294-6308 | JH | AF. Mlo Refill, for medication |
| ⊙ 13 | 1204 / 186 | 782-3595 | JH | AF-Das office Mlo Anthony  N⊃⊃ Rent  MTD |
| 074 | 1300 / 193 | 778 6572 | JH | F/C- Mlc  Nw Rerl  MTD |
| ⊘ | 123 / 207 | SM | JH | NOw Rent  MTD |
| 075 | 134 / 210 | 781-3963 | JE | MIF Recording  The is Anthony - Leave message  Mlo Anthony give me a call when you get the message |
| 01L | 1335 / 228 | 782-3459 | JE | F/c  Mlo  wrong # |
| 017 | 1334 / 233 | 78782-5751 | A | MIF-V.TO - Little Italy  MIS. Mere me a tray of meatballs |
| 078 | 1337 / 244 | 351-4567 | JE | MIF-There's no chem for you. I'm not Kidd.y ya did  MIO- When you Finish. You pick up the checks |
|  | 1 |  | J | M/E-I set mine & JJ. M/o Don't make me call Ju |
| 079 | 1347 / 257 | 9.7 / 357 5357 | J | MIF. Jim Contras - Leave message  Mla-Give me a call at home  or on my cell |
| 080 | 1344 / 267 | 7.8 / 687 4551 | J | Record.y  No message |
| 081 | 1344 / 276 | 9.7 / 357 535 7 | JE | Record.y  you receive John Contras  Hang up |
| 082 | 1408 / 291 | V/C | JLU | ANTHONY → JOHN - NO CK FOR CAROL?  JJ WORKES IN BRKLYN COUNTRY P/U CAS  ASK IF ROBIN HAD IT FOR CAROL STATES  THERE WAS CASH IU CAROLS ENVELOP, + THATS  THE REASON IS ROB WASNT P/U |
| 083 | 384 |  | J | MIF-  Mlo-Anthony Colonzo Looking for Joe or John-looking  for medicine |
| 084 | 1035 / 300 | 4966506 | JU | W/F → CHRIS ON CC LINE - ADVISED TO  BRING A BAG ON FRIO |
| 085 | 1848 / 310 | 561 1906 | JW | ANS MACH. - |
| 086 | 1349 / 318 | 4383 0101 | TW | REFER |
| 087 | 1845 / 55 | 438 2010 | JW | REFER |

PLANT #OO-DIG-SRF___ LINE # 914-796-8201 REEL # S-3977/cc &  _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 088 | 18 395 | 411 | TW | INFORMATION |
| 089 | 18 31 | 6 2018 | TW | ALFMOUTE CHRIS COLUMBO — U/F — ASK TO SPEAK W/ LOUIE — ASKED IF SOMEBODY DROPPED CK OFF. TOLD TO CHECK THE BAR. TALK ABOUT A MESS. JERRY HAD LEFT WITH A 16 Y.O. WAITRESS. LOUIE STATED HE GAVE CK TO JERRY OUT OF RESPECT OF CHRIS. (JERRY |
| 090 | 1900 93 | 3133313 | TW | AUS MACH. (PHIL) — NO MESS. LINE |
| 091 | 1900 57 | 56 2020 | TW | Louie ADVISED CHRIS HE GOT CK |
| 092 | 1101 400 | 888 5128771 | TW | CHECK BEEPER |
| 093 | 1450 907 | ## ∗ | | H/U |
| 094 | 2000 410 | 343377 | | M/O (CHRIS) F/7 ( ) are you stop M/c for OK. f/1 if you need anything let us know |
| 095 | 2010 425 | 2911437 | | H/U |
| 096 | 205 424 | 710 | | M/o ( ) who's this |
| 097 | 205 425 | 710 | | Hено |
| 098 | 205 426 | 710 | | Hено |
| 099 | 205 420 | 710 | | M/1 Drawn ch) Gave page out M/C(Chris) g've're were got fading m/when is anthony starting have became M/h Don't know M/1 phily has the greere fore ( M/1 + M/h teared about Something happened ) |
| 100 | 2021 435 | 2911437 | | f/1 (Lucille) we are about to have chris f/1 play |

PLANT # _C.t.ciLSPt_ LINE # _9µ '196 530_ REEL # _5-3979/00_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 101 | 2013 443 | 4(58812 | ƒω | CHECKING VOICE-MAIL — DOMINICK LEFT MESS. |
| 102 | 2124 446 | 496 927 | Jfe | F/ Answering Mess. m/o - IN Audible - hang up. |
| 103 | 2134 455 | 291937 | A | F/0( ) haii he ar still here, FII( ) Who's there? MTC NP |
| 104 | 2214 462 | I ic | ¼ | MTC - M/I - F/I N P |
| 105 | 2321 464 | 947 7305 | 𝔄 | H/ U |
| 106 | 2323 465 | 34 | ¼l | H/u |
| — | 0002 465 | — | ye | Audio off TAPe (emoved (cont o/s |

PLANT # CC-016-SRI  
DATE 8/13/00  
REEL # S-3975/CC  

LINE # 914-496-5309  
PAGE 1 OF 3  

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| Mike Thomas | MT |
| W.A. Murphy | WAM |
| Peter P. M? | PPM |
| | |

Changed to _____ at _____  
Time Plant Opened 08:00  Closed 2:36

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 08:00 / 000 | | MT | TAPE # S-3975/CC INSTALLED Plant I/S |
| 107 | 11:42 / 000 9:2:03 | IC. | MT | M/I JOE - U/O Anthony - I'll be there in 5 min |
| (MZT) | 9:12:34 / 009 | NO # Dialed | MT | — |
| 108 | 11:10 / 009 | #6 778-6572 | MT | IC Wife. D/C well. ref paint + roller N/I |
| (MZT) | 11:12 / 010 | NO # Dialed | MT | |
| 109 | 11:16 / 010 | 954 FIC 281-1197 | JRM | F/I  M/O  F/I ASKS her MOTHER M/C  I'll GET HER  F/I TALKING ABOUT VACATION IN FLORIDA N.P. M7O |
| | 11:20 / 025 | S/M | JRM | F/I & F/O TALKING WEATHER N.P. M7O |
| | 11:22 / 035 | S/M | JRM | F/I & F/O SOCIAL CONVERSATION N.P. M7O |
| | 11:26 / 045 | S/M | JRM | F/I TALKING ABOUT REALESTATE N.P. M7O |
| | 11:33 / 057 | S/M | JRM | SAME TWO FEMALES SOCIAL N.P. M7O |
| | 11:38 / 059 | S/M | JRM | SAME FEMALES SOCIAL N.P. M7O ENDED W. M.7.O |
| | 11:46 / 066 | 746-497 | JRM | MISDIAL HANG UP |
| 110 | 11:56 / 067 | 778-6572 I/C | JRM | M/O  M/I (CHRIS) M/C (CHRIS) SAID HE DIDN'T TAKE THE PAINT TRAY, IF HE WANTS |

# of intercepted calls ___23___  # of incriminating calls ___O___  

# of persons not previously intercepted _____

PLANT # _00-016-SRF_ LINE # _914-496-8201_ REEL # _5 3975/00_ & _____

| CALL # | TIME / # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|------------------------------------------|
| | | | | ONE HE SHOULD GO GET ONE |
| 111 | 1254 / 075 | 50c 825-4539 | 2c2 | CALL TO BANK CHECK CHECKING ACCOUNT |
| | | | | BALANCE N/P M.TO. ENDS WITH M.TO |
| 112 | 1314 / 084 | IPC 496-6506 | 2am | CALL FROM 496-6506 TAKEN ON OTHER LINE, M.TO. |
| 113 | 1312 / 089 | O/G 496-6506 | 2am | F/E (UNK) F/C (UNK) F/E CALL YOU BACK |
| 114 | 1410 / 098 | O/G 781-6265 | 2am | HANG UP |
| 115 | 15:35 / 1020 | 914 357-1652 | MTE | Anthony & UNK male, ref restaurant. |
| / | | | | DISCUSS Employee, INVESTING IN RESTAURANT |
| / | | | | DISCUSS purchase price of RESTAURANT |
| / | | | | ink. Location (MONTGOMERY AREA) N/P |
| — | 15:39:04 / 160 | S/M | MRT | Purchase price $225,000 — STILL |
| — | | | | DISCUSSING RESTAURANT. Anthony & UNK |
| — | | | | male. RESTAURANT OWNER IDed AS |
| — | | | | JOHN N/P |
| | 15:42:03 / 172 | S/M | MRT. | hung up call Terminated N/P |
| MRT | 172 | NO # DIALED | | |
| 116 | 1619 / 172 | I/C 914-778-6572 | 2c2 | F/E UNK M/O F/E WHAT TIME |
| | | | | IS DINNER, WHAT ARE YOU HAVING? |
| 117 | 1622 / 193 | 497-3624 | RM | MTE ask Joe if he wants kitten, F/o. |
| 118 | 1623 / 205 | 778652 | RM | M D |
| 119 | 1623 / 207 | 778— | RM | M D. |
| 120 | 1623 / 208 | I/C | | F/o asks for — hold on, talk of food. |
| | | | | N/P MTO. |
| | | | | RM — EOP |

PLANT # _00-016-SRF_  LINE # _114-496-8201_  REEL # _S3975/00_ & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 121 | 1226/215 | o/c 778-6572 | JMM | M/O UNK. NO ANS HANGS UP |
| 122 | 521 1728 | 213 o/c | | M/O UNK F/I LUCIRL MB WHERR T/HR |
| | | | | HELL ARE YOU. LUCIRL - I FORGOT PRINT? |
| | | | | CMN M/O HANGS UP |
| 123 | 1729/225 | o/c 778-6572 | JMM | M/O NO ANS |
| 124 | 1731/234 | o/c 496-6506 | JMM | F/O ASKS ME IF HI'S COMMING TO DINNAR |
| 125 | 1910/239 | 4964277 | RM | NO ANS. |
| 126 | 1915/243 | 800 6334149 | RM | 4339#1370 CK VOICE MAIL - NO MAIL. |
| 127 | 2011/248 | o/c 496-8031 | JMM | ANS MACHINE M/O TURSDAY AROUND NOON |
| | | | | SWIMMING |
| 128 | 2132/260 | I/c 778-6572 | RM | M/I Thanks for the shorts- M/O ANTHONY |
| | | | | says Make sure you see John te moircu |
| | | | | has check for Caroline. |
| 129 | 272 | | | Plant Closed 2386 hrs. |
| | | | | 1GP S3975/00 reserved. Audio |
| | | | | off |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# ORGANIZED CRIME TASK FORCE

PLANT # CC-016-SRF

LINE # 714-496-8201

DATE 8/14/00

PAGE 1 OF 3

REEL # S3976/00

MACHINE SERIAL # 213-320

Changed to _____ at _____

Time Plant Opened 07:58:45   Closed 2351 HRS.

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| Mike Truncale | MRT |
| J.T. McCabe | |
| P.R. MZain | |

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| (int) | 07:58:45 000 | — ? | MRT | PLANT ON |
| 129 | 09:06:24 000 | 8855807 | MRT | NO CONNECTION — Telephone O/S |
| 130 | 10:10:34 013 | I/c | MRT | F/I - DOCTOR OFCS. to Anthony ref. medication S/M REF. heart problem |
| — | 10:10:11 040 | I/c No # | MRT | hung up     N/P |
| 131 | 10:14 040 | 343-3313 | MRT | F/O - Anthony to Phil "going IN"? Phil (YES) going to N.J. DOCTORS |
| — | 10:14:16 069 | — | MRT | OFC TUES - 11 AM - Hung up. |
| 132 | 069 | IC 343-3313 | MRT | Phil to Anthony - will stop at House - meeting other guy at 12 noon |
| — | 10:28:42 083 | — | MRT | be by About 11:30 AM / Hung up * |
| 133 | 10:56:03 084 | IC 343-3313 | MRT | Phil for Anthony - TALKS TO WIFE About VACATION, about eye. Phil to See Anthony on WAy back |
| — | 10:59:14 138 | — | MRT | Up around 3:30pm / hung Up N/P |
| 134 | 11:04:44 138 | I/c 516-742-3531 | MRT | I/c male VNK: - ref restarant purchase price $175,000 for restaurant - TN. MontgoMery Location |

# of intercepted calls ___17___   # of incriminating calls ___0___

# of persons not previously intercepted _____

PLANT # OO-016-SRF LINE # 914-496-8200 REEL # 53976/00 & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 134 | | | | Anthony Asks "give Daughter law Package?" |
| | | | | Anthony, checking on FinANCing |
| | | | | CONCORD Hotel project. |
| | | | | Anthony Asks if MARIO Spoke to |
| | | | | That guy — Bobby And Ron. |
| | | | | I/C male tells Anthony to sign |
| | 11:08:50 200 | 516·742· 3531 | | checks — hung/up |
| 135 | 12:24 200 | T/C 201·301·9100 | MRT | F/I Speaks to Anthony then wife |
| — | | — | | ref BABY at residence N/P |
| — | 12:28:0 218 | | MRT | hung up — N/P. |
| 136 | 3:16 218 | 8031 | MRT | M/I unk. hung-up N/P |
| 137 | 13:16:54 219 | o/c 446-8035 | MRT | M/I to Female - TALK About CARS |
| — | 13:14 238 | S/M | | living in GARAGE - same Persons |
| | 13:20 240 | | MRT | Call Completed N/P |
| 138 | 1334 240 | 860 825·1535 | | F/I Recording - Bank info. Bal 4,501.4 in checking |
| — | 1335 251 | I/C No # | MRI | M/I Anthony a M/Phil? - be there in 1 hr |
| 139 | 14:08 256 | N/P # I.D | MRT | M/I to Anthony - Find out about |
| — | | | | Carotis check - it's here I'll give |
| — | 14:09 264 | 917-337 5357 | | to phil Hung up N/P |
| 140 | 1416 264 | 294·1025 | | F/I leggy from dector's office Appt to ... Mr. S. I'll tell them |
| | 15:13 270 | 800·541· 6228 | MRT | Kolechin Messages - MCSS. Six Vice 800-541-6228 P.# 2352 1938 |
| 141 | 17:13 272 | Telefonce- | ARM | M/I - Anthony advice call we on his co// to meet M/D at restaurant. |
| 142 | 18:44 276 | T/C 446-6500 | Jah | N/P ANS |

PLANT # _CO-C16-SRF_  LINE # _914·496·8201_  REEL # _53976/00_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|-------------|----------|------------|----------------------------------------|
| 143 | 274 | Tlc | PRM | M/C Chris + Li chretioc, M/C ?·? F+ gives |
| | | | | # to where she's at 787-750-1106 |
| | 5 | | | F+i in P.R. |
| 144 | 2188 / 297 | 914 016 / 496-650E | 9a2 | M/O (Anthony) M/C (CHAM TO SKR 496-650E |
| 145 | 2332 / 299 | 914 06 / 781-6268 | 9ea | HANGS UP |
| | 302 | | | 2351 HRS - Plant Closed |
| | | | | 14ft 53976/00 removed. |
| | | | | Meter zeroed. Audio off. |
| | | | | PRM |
| | | | | |
| | | | | |
| | | | | |
| | | | | PRM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

02/01/2006 16:27 FAX                                                          ☑010

## ORGANIZED CRIME TASK FORCE

PLANT # OO-O/6-SRF          LINE # 914-496·820/   INTERCEPTED & RECORDED BY:

DATE 8/15/00               PAGE 1 OF ___ 4

REEL # S3977/00            MACHINE 213-320
                           SERIAL #

Changed to 53178/00 at __ 1/15 HRS

Time Plant Opened O804     Closed 2354

| | NAME (Print) | INITIAL |
|---|---|---|
| | MIKE TRUNCALE | MRT |
| | Milke Grassa | MJG |
| | I WORTHY | SW |
| | WR MURPHY | JMR |
| | Peter M/san | ? |
| | J J Frigause | ? |

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 145 | 0804 | | MRT | Plant Open / UP |
| 146 | 09:52 000 | I/C 778-6572 | MRT | F/I to Anthony ret coming to home - hung up N/P |
| | 09:54 026 | | | |
| 147 | 10:53:33 026 | I/C 914-496·820/ | MJG | F/I Mother about meeting for lunch (281-393F) Give |
| | 10:56 065 | 9147813938 I/C UKN | | Mothe cell# (see above) Hung up w/P |
| 148 | 11:09:01 065 | ### | MJG | M/I Mario Ref: Rest. in Montgomery stated that Guy wants $25,000 to get out. Guy John is asking $175,000 for Resturant. Resturant doing between $6,000 to $7,000 a week. Conversation about Jerry, telling him to get out. State Jerry will pay 9%. |
| 149 | 11:08 148 | s/M | | |
| 149 | 11:15:80 148 | I/C unk ### | MJG | (Call waiting) about return something at Mall-N/P |
| 148 | 11:15:35 178 | s/M | MJG | Same conversation about Resturant |
| 150 | 11:20:35 198 | I/C unk# | | (Call waiting) person F/I looking for Joe |
| 148 | 11:20:57 201 | | MJG | Same Conversation about Resturant |
| | 11:20:45 230 | S/M | | Hung up - N/P |
| 151 | 11:40:54 230 | O/L 781-3935 | MJG | No answer - N/P |
| 152 | 11:42:15 231 | O/G 772-8418 | MJG | All circuits Busy - Not Connected |

# of intercepted calls ___ 39 ___ # of incriminating calls _____

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___2___
DATE _8/15/00_

PLANT # OO-616-SRF   LINE #914-496-8201   REEL # _____ & _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 153 | 11:43:20 | OG 772-8418 | MJG | No Answer |
| 154 | 11:45:245 | OG 772-8418 | MJG | No answer |
| 155 | 11:45:246 | OG 496-8031 | MJG | No Aswer |
| 156 | 11:52:255 | 778-1672 | MRT | M/O to young female - Calls Lucille |
|     | 11:5:273 |  | MRT | for Joe's Cell # Hung UP . N/P |
| 157 | 11:55:04 273 | O/G 781-3938 | MJG | To Joe's Cell HinguP N/P |
| 158 | 11:56:57 291 | O/G 778-6572 | MJG | Call 9bout F/O Joe cell# and call to Mother about plans for the day (from Lucille) |
|     | 12:00:33 313 | SM | MJG | Same call |
|     | 12:05:00 313 | | MJG | Hung up — N/P |
| 159 | 12:44:52 319 | O/G 781-6295 | MJG | M/O Anthony pick Med at Barters N/P |
| 160 | 12:45:27 329 | 947474 781-6295 | MJG | call to Doctors N/P |
| 161 | 12:48:20 330 | O/G 781-6295 | MJG | No Answer |
| 162 | 12:27:53 333 | O/G 809220204 | MJG | M/O Anthony Veronica wireless (Cell # (914) 781-3763) question about minutes on cell Phone Hung up ✗ |
| 163 | 1:45:04 370 | | MJG | Liz Chrysler call to invite to christening. Spoke w/Anthony Had conversation about Greg Chrysler in Docs Clinton |
| 164 | 5:02:01 400 | I/C 81235 STCL | MSG | M/I call for female about Kitchen ~~~~~~~~~ call SM |
|     | 5:04:35 410 | SM | | Same Conversation |
|     | 5:06:47 412 | SM. | | Hung up N/P |
| 165 | 5:10:13 412 | OG 781-6295 | MJG | F/O Left message on Phone - NP |
| 166 | 5:13:31 425 | O/G 781-6295 | MJG | No Answer |
| 167 | 5:14:17 431 | O/G 781-6295 | MJG | No Answer |
| 168 | 5:19:20 437 | I/C KUNK # | MJG | I/E (Tessy) asked to call 781-3913 NP . |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___3___

DATE 5/15/00

PLANT # OC-6ll6SRF LINE # 914-496-8201 REEL # 53577/○ &  _____

| CALL # | TIME / # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 169 | 521.14 / 957 | I/C Unk # | MX | M/I stated come outside |
|  | 532.35 / 954 | o/c 4197361981 | MJG | O/G Male Rob asked about coming up wensday |
|  | 453 |  |  | Rob asked about Cathy NP |
| 170 | 15.47 / 973 | 464-8812 | MM | M/6 left mess, NP |
| 171 | 15.38 / 473 | D/6 781-6245 | MRT | NO mess. left. NP |
| 172 | 15.54 / 479 | 301-5110 | MRT | M/I talks to Anthony ref. ADDRESSES |
|  |  |  |  | IN NYC — 86th + 86th & FIFTH AVE. |
|  |  |  |  | Brooklyn |
|  | 16:06 / 506 | Sm | MG | ANTHONY ON PHONE WITH JOE P/D MTO |
|  | 16:10 / 501 |  | GD | SAME DIVIDIU. AS ABOVE STILL ON LINE N/P MRO |
|  | 16:15 / 539 | S/M | Go | TALKING POLITICS N/P MTO |
| 173 | 16:25 / 553 | 368-6000 | JW | CALLED HOSP. (AUTOMATED LINE) N/P MTO |
| 174 | 16:26 / 568 | 928-2763 | FW | Lucille — W/M 752-JJ000-ASKED FOR # |
| 175 | 16:35 / 566 | 7535200 | GW | Lucille - GEORGE - TALKED ABOUT SCHOOL |
|  |  |  |  | SOUTH ST' N/P MTO |
| 176 | 1703 / 575 | 343-7813 | GW | Lucille — PHIL MTO (RE: CALL #60) |
| 177 | 1705 / 576 | — | FW | MSDIAC |
| 178 | 1705 / 580 | 581-580 | GW | PAGER |
| 179 | 1115 / 583 | I/C | RM | M/G Anthony & I Agy TG Mr. |
|  |  | * |  | G+ Truck Stop for Kinch Yonkers — |
| 180 | 1713 / 587 | 3453313 | Ro. | No/Anthony MI/M. Lt. here 1unch |
|  |  | * |  | about 11:45 AM TOMORROW. |
|  |  | 1715 | HK | TAPE 53977/00 removed X- Re-taped |
|  |  |  |  | with 53978/00 are per 20 seq |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __4/__
DATE __5/5/6__

PLANT # __00G165BF__    LINE # __114-496800__ REEL # __53578/co__ & _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|--------------------------------------|
| 181 | 908 | VC | TU | u/m — JOE — STATED Mom's HOME |
|     |      |     |     | 781-6295 - CELL FOR MOM |
| 182 | 913/05 | 80222437 | TU | BEACHES RESORT RESV. LN    N/P  MTO |
| 183 | 900/936 | I/c | FRM | TAKEN ON 496-6506 LINE RE: Cg//#151. |
|     |      |     |     | MTO. |
| 184 | 2145/88 T/c 3422068 | | FRM | M/o Anthony - HI Dughter, Calls |
|     |      |     |     | to say hi to MOM, N/P MTO |
| 185 | 234/051 | N/c | | n/u |
|     | 2534/052 | | | Audio Off Plant O/S |

ORGANIZED CRIME TASK FORCE

PLANT # CO-016SRF     LINE # 914-496-8201     INTERCEPTED & RECORDED BY:

DATE 8/23/00     PAGE 1 OF _____

| | NAME (Print) | INITIAL |
|---|---|---|
| | Leslie G. Mellington | L |
| | Terry Worthy | TW |
| | Jean T. Frazsrsa | |
| | A.T. VANTURINI | AT |
| | W.A. MURPHY | WM |

REEL # S 4196/00     MACHINE SERIAL # 213-320

Changed to _____ at _____

Time Plant Opened 0800 TW    Closed 2357 hrs (TW)

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | | HC | | PLANT OPEN, AUDIO ON, TAPE #S-4196/00 INSTALLED |
| 376 | 0800 | | TW | ANTHONY - w/M - SOCIAL N/P MTO |
| 377 | 0925 | 966775 | TW | ANTHONY - W/F (SISTER) SCHED APPT FOR FRIEND & GYM AT SALON FOR HAIRCUT ET |
| 378 | 0925 | 512070 | FW | ANTHONY - SAL - APPT @ IP FOR HAIRCUT & MANICURE |
| 379 | 1046 | 9173375357 | L | VOICE mail for John Caturo - m/o (Anthony) leave message will be home until 11A |
| 380 | 1206 | 1/C | L | M/O (Anthony) - MT (Anthony Jr) discuss Mets in garage |
| 381 | 0016 | +++ | LB | N/F about an hook M/O (Anthony) your NOT back yet M/J and m/O DISCUSS the ORAL Surgery. M/O We are suppose to have the paperwork to process that project the 24th (Phil is at Rez have a safe trip back Discuss the hurricane M/J I'll get out of have got home today m/O have a safe trip. |
| 382 | 1794 142 | | L | F/J 12 o'clock @ Stewart American Airlines m/O (Anthony) call me from Chicago. |

# of intercepted calls ____40____     # of incriminating calls ____1____

# of persons not previously intercepted _____

02/01/2006 16:26 FAX ☒007

STATE OF NEW YORK
OFF : OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _____

DATE 8/23/00

PLANT # CO-0165RF LINE # 914 496-52 REEL # 5-4196/00 & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|----------------------------------------|
| 383 | 1150 | F/e | ☒ | M/0 hold on Jill be right there in IE ok |
| 384 | 1137 57 | 9256716 | ☒ | weekly Post Contra Mrs. Maccine H/U. |
| 385 | 158 71 | 915753 | ☒ | Pager 8201 |
| 386 | 144 14 | 980230 | ☒ | M/0 talking about Rots w/ Post Control |
| 387 | 115 80 | 294747 | ☒ | 538723 M/a (Ant) 5306635 Carol Colombo |
|  |  |  |  | A C 542583 my 70 30 |
| 388 | 1333 70 | 914 7816295 | ☒ | NO ANS |
| 389 | 1511 194 | 4458182 | ☒ | PHILLY - ANTHONY - PTO (RE #ALL # 33) |
|  | 1540 199 | ☒ | MRT | F/E (DETB) M/0 Anthony - DISCUSS Health. MTC |
|  | 1541 209 | S/M | MN | SAME TWO ON LINE N/P MTD. H/U |
| 390 | 1446 209 | 464-8812 | ANV | Flo ( ) - LEFT MESSAGE ON ANS. MACH |
| 391 | 1650 222 | 212 869-6099 | ATV | HATI EDP GROUP- MLI ( ) For LINDA - 8:30 TOMORROW |
|  |  |  |  | I'll CALL THEN. |
| 392 | 1654 234 | 1-800-842-2633 | MRT | M/0 Anthony - reg. Credit Report N/P MTD |
| 393 | 1901 241 | 100 011 287.5692 | ☒ | BUSY |
| 394 | 1808 248 | 80-011 867-5692 | ☒ | WRONG 6 # |
| 395 | 1905 253 | 5593-90 9337-3001 | ☒ | MARYCAN AIRLINES FLIGHT ARRIVALS |
|  |  |  |  | NP. 17.70. |
| 396 | 1924 261 | 016 496-8031 | MRT | M/0 ANTHONY JR M/E KEVIN - DISCUSS CATS NPM. |
| 397 | 1927 271 | 496-6506 | MRT | M/0 Anthony JR M/0 SUSANNE - REF: Bottow |
|  |  |  |  | Car. NP M.T.D. |
| 398 | 1929 271 | 014 778-6572 | ATV | NPMTO |
| 399 | 1930 245 | 016 837-0488 | ATV | M/0 (ANTHONY) m/i ( ) AT FRIENDS NEW |
|  |  |  |  | PLACE- m/o PICKING HIS SISTER UP AT |
|  |  |  |  | 11:30 PM FROM STEWART - NPMTO |

STATE OF NEW YORK
OFF. . OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __3__

DATE _8/23/00_

PLANT # _CO-016 SRF_ LINE #_914-496-8201_ REEL # _34196/00_ & _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|--------------------------------------|
| 400 | 1934/311 | 496-6556 | mre | M/O Anthony F/I (unk) ref Davghter Christines |
| — | | — | | flight home N.P. M.T.O. |
| 401 | 1940/317 | | mRt | F/I (unk) m/o Anthony DUUSS Davghter N.P.m.t CAROL |
| 402 | 1941/525 | 800-433-7300 | mRt | M/a Anthony) calls American Airlines N/P.A.TL |
| 403 | 1941/333 | 496-6556 | mrt | M/o(Anthony) F/I (unk) Diswss Davghter's |
| — | | — | | Flight home N/P m.T.O. |
| 404 | 1952/339 | 914-761-6295 | mrt | Call not completed/NO AVS N/P. M.TO. |
| 405 | 1954/340 | 46781/6285 | mrt | M/o Anthony F/I Carol social N/P m.TO. |
| 406 | 2010/345 | 497-3624 | Jean | M/O JUS M/I Anthony SA N/I |
| | | | | Anthony Your Brotton is Going To |
| | | | | Pick Up Your Sistar A? Strump7 |
| | | | | K.Y. M.T.O. |
| 407 | 2031/349 | S/12 | 20L | M/I Unk Guy 3 Monn Rn7s Tonny |
| | | | | N.P. M.T.O. |
| 408 | 2102/357 | 312 | Jean | M/I M/O (TBX) M/O Unt Chins |
| | | | | suparvon M/I wants Goins on Tomorrow |
| | | | | Mo Goins out by school wry Dint |
| | | | | You come To unita Plains N.P. M.T.O. |
| 409 | 2129/376 | 800 016/493-7300 | Jean | American Airlims an M.Td. |
| 410 | 2132/382 | 800 01c/493-7300 | Jean | ✓ ✓ an M.T.O. |
| 411 | 2134/386 | 800 01c/555 1242 | Jean | Enforma7ion M/o Mranch |
| | | | | Arnhurs N/P M.T.O. |
| 412 | 2139/391 | 800 01c/555 1252 | Jean | Information N.P. TBT O |
| 413 | 2138/397 | 800 016/244-6522 | Jean | morparcan Airlines N.P. M.T.O. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___9___

DATE _5/23/0_

PLANT # _06 - 016_ _SRF_ LINE # _914-496-8201_ REEL # _S4196/00_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 414 | 11 32 700 | 800 0/6 265-5328 | Jda | M/O ANZVANY F/F CHRISTINN O/O YOUR IN WASHINGTON N.P. M70. |
| 415 | 2178 403 | 778-6572 | Jun | M/O FON F/E (UNK) M/O NNA YOU WATCHING THIS THING. F/I YEA |
| 416 | 2139 707 | 778-6572 | Jun | N/O JUN F/E (UNK) TALKING ABOUT TV SHOW SURVIVR N.P. M70. |
| 417 | 2154 410 | 778-6572 | Jan | M/O JUN F/E(UNK) TALKING TV SHOW. |
| 418 | 2157 45 | 778-6572 | Jan | M/O JUN F/E (UNK) TALKING TV Show Kr. M70 |
| 419 | 2212 19 | TIC | Jan | M/O ANTHONY M/E JUN M/E RICH WORK TV SHOW N.P. M7ee. |
| 420 | 224 25 | TIC | MRT | F/I (UNK) MO/Anthony discuss TV Show N.P. M.FIL |
| 421 | 2254 430 | 1-800-241-6522 | MRT | M/O Anthony calls American Airlines N.P A.T.O. |
| | 2356 435 | | Jan | AUDIO AFE /PLANT O/S |

# ORGANIZED CRIME TASK FORCE

PLANT # __OO -O165ef__

DATE __7/3/08__

REEL # __5-4278-00__

LINE # __585-496-820/__

PAGE 1 OF __4__

MACHINE
SERIAL # __213-320__

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| M.R. TRUNCALE | MRT |
| J.A. HAFNER | JAH |
| WA. MUNPHY | JGP |

Changed to _____ at _____

Time Plant Opened __0800__ Closed __2337__

| CALL # | TIME # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0800 / 000 | | MRT | Tape # 5-4298-00 Installed, Audie on, Plant 7/S |
| 775 | 0939 / 000 | 528820 | JAH | Ans Machine - % Carrol Colombo having problem |
| | | | | Regarding Dolls NPMTO END |
| 776 | 0941 / BIG | 128661 | JAH | Recorded Message @ Avon % Corroll Regarding Question |
| | | 6/6 | | w/ Account NPMTO END |
| 777 | 0941 / 042 | 763-1784 | MRT | ANS Machine - F/O (Carol) left message RE; |
| | | | | Avon N/P m.f.a |
| 778 | 1120 / 64 | 016496-6506 | MRT | M/o Anthony F/I (Susanne) social call |
| | | | | Discuss Christine, Anthony looking for |
| | | | | Chris - chris + call back. N/P m.f.o. |
| 779 | 1124 / 087 | 5/c 496 6506 | JAH | 4(Ant) m/F (Chris) Discuss carpenter regarding |
| | | | | doors. |
| 780 | 1136 / 083 | 762-3454 | MRT | 0/6 NO ANSWER m.f.o. N/P |
| 781 | 1137 / 112 | 782-4934 | MRT | 0/6 NO ANSWER |
| 782 | 1137 / 124 | 06782-5434 | MRT | M/o (Anthony) m/F (Peter) Ant. looking for |
| | | | | Victor - places order N/P m.T.O. |
| 783 | 1139 / 150 | NO # IDED | MRT | call waiting - I/c M/I Richie ) m/o Anthony |
| | | | | Rich asks Anthony if he can meet Monday |

# of intercepted calls __86__ # of incriminating calls __1__

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE 2
DATE 9/3/00

PLANT # 00-016SRF   LINE # 845-446-8201   REEL # S-4298-00   & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----|----------------------------------------|
| | 170 | | MRT | DISCUSS DOMESTIC DISPUTE w/ wife |
| 784 | 1141 170 | | MRT | M/I (Anthony) F/O (2) Call LiHLE Italy DELi - Finishes order N/P M.T.O. |
| 785 | 1142 782 | O/6 782-5934 MRT | O/6 Call TO LiHLE Italy - M/o Anthony ADDS to order N/P. |
| 786 | 1145 191 | O/o q14- 142-2222 MRT | M/o Anthony M/I (?) Discuss wake and funeral of friend N.A. M.T.O. |
| 787 | 1149 203 | O/6 692-2222 MRT | Call waiting F/I (unk) F/o Carol - Discuss Avon / Social call - N./P. M.T.O. |
| 788 | 1223 207 | O/o 954- 781-1197 MRT | Call not completed Hungary VP |
| 789 | 1229 208 | 469-8812 MRT | O/6 called for messages - N/P M.T.O. |
| 790 | 1234 214 | 21c 783-1784 MVE | F/I (Lonnie) M/o(Anthony) F/I ASKS to Speak to Carol - Social N/P M.T.O. |
| | 1240 221 | S/m | MRT | Same two females - Social call N/P M.T.O. |
| 791 | 1305 229 | O/6 718- 967-8711 MRT | M/o (Chris) M/o(Anthony) Discuss making a move? Call not answered. Chris upset. |
| 792 | 1314 243 | O/6 778 6277 | MRT | M/o (Anthony) F/I (Lucille) Discuss J.J. Social call N/P M.F.O - Dinner |
| 793 | 13 7 259 | O/6 781-3963 | MRT | M/o(Anthony) Ans. Machine - Left mess N/P M.T. |
| 794 | 1344 274 | O/6 446-8021 | MRT | Ans machine - no mess left N/P M.T.O. |
| 795 | 1349 279 | O/6 446-8120 | MVE | Ans machine - No mess left N/P M.T.O. |
| 796 | 1407 289 | 21c ## + | MRT | F/C M/o (Carol) F/I (?) social call - |
| 797 | 1421 293 | 7C F-3463 | MRT | 7c m/I (Anthony) F/o (Carol) re: Dinner N/o mr. |
| 798 | 1427 291 | 21c ## + | MVE | F/I (3) F/o (Carol) - Dinner plans. N/P M.T.O |
| 799 | 1451 307 | 1rc 494-4506 | MRT | F/F (Susanne) M/o (Anthony) - Social call N/P M.B. |

02/01/2006 16:26 FAX                                                        ☑ 004

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE __3__
DATE _9/3/00_

PLANT # _OO-O16SRF_ LINE #_845-496-8201_ REEL #_S-4298-00_ & ____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 800 | 15⁹⁶/310 | 973-649-8192 | MCF | M/O (ANTH JR) M/I (BoB) Social N/P M.T.O. |
| 801 | 1651/319 | 496.8031 | AH | M/E ( ) %(Carol) M/E Debis on way over |
| 802 | 1651/325 | 496 8081 | AH | M/E ( ) % (Kath) K-you gonna come down & F'll cut your hair. M/E- that would be great. |
| 803 | 1708/331 | 496 6506 | AH | M/Anthony )M/E(Sue) A-could you send my wife home so she can set the table for dinner. S-OK. |
| 804 | 1723/335 | 496 6506 | AH | M/O (Anthony) M/E (Sue) A-Sue did carol leave S-She's leaving right now |
| 805 | 1723/338 | 496 6506 | AH | M/O (Anthony) M/E (Sue) S-she left. A-if she didn't leave yet, tell her not to bother to come home. |
| 806 | 1735/344 | 496 6506 | AH | M/Anthony )M/E (Sue) A-I'll taken 6506 Call # 728 |
| 807 | 1749/349 | ¾c/FBK | AH | %(Lucille) M/E( ) Both discuss pregnancy NPHTC |
| 808 | 1750/362 | S/M | AH | Social Conv. Cont. END |
| 808 | 1936/365 | 1954 7811197 | AH | Ans Mach - Mom it Carrell just calling to say Hello |
| 809 | 1942/373 | | Phi | M/O Anthony SR F/L CHRISTINA D/O SMS HAVING PARTY & EVERYONE IS TRING BUT F/L F/E ASKS TO TREY TO FEMALE CHILD. N/P NT. |
| 810 | 1947/382 | S/M | Phi | F/E (CHRISTINA) F/O (LUCILLI) SAYING GOING BY |
| 811 | 2021/389 | 497.9624 | Phi | F/O CARAL F/E (MARGARET) Social NP MTO. |

02/01/2006 16:26 FAX                                                    ☑005

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _4_
DATE _9/2/0c_

PLANT # _CO-016 SRF_  LINE # _845-496-8201_  REEL # _54298/00_  & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|----------------------------------------|
|        | 2837 408 |      | JEM | AUDIO OFF / PLANT OS |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |
|        |      |          |           |                                        |