UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,                    :
                                             :
                Plaintiff,          :    Civil Action No.:  04 CV 273 (NRB)
                                             :
  -against-                                 :
                                             :    **AFFIDAVIT OF SERVICE**
Colombo, et al.                              :    **BY MAIL**
                                             :
                                             :
                Defendant.          :
------------------------------------------------------------X

STATE OF NEW YORK        )
                                   ) ss.:
COUNTY OF NEW YORK    )

      Jonah E. Perry Jr., duly sworn, deposes and says: that deponent is not a party to the within action, is over 18 years of age and is employed at BUCHANAN INGERSOLL & ROONEY PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

      That on the 19th day of December 2007, deponent served the NOTICE OF CHANGE OF ADDRESS by Barry Ivan Slotnick on behalf of Sepracor, Inc. upon the following named persons in the above entitled action at the addresses given below:

Preetinder Bharara
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007

Curtis Jordan Farber
350 Broadway, 10th Floor
New York, NY 10013

Louis V. Fasulo
Fasulo, Shalley & DiMaggio
225 Broadway, Suite 715
New York, NY 10007

Jay Goldberg
250 Park Avenue, Suite 2020
New York, NY 10177

Thomas J. Lee
Thomas J. Lee
991 Morris Park Avenue
Bronx, NY 10462

Paul A. Lemole
Lemole McCarthy & Assoc.
1492 Victory Blvd.
Staten Island, NY 10301

Michael Mariccio
Culletin Mariccio and Foglia
245 Main Street
White Plains, NY 10101

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper(s), in a post office official depository under the exclusive care and custody of the United States Postal Services within New York County.

_____
Jonah E. Perry Jr.

Sworn to before me this
19th day of December, 2007

_____
Notary Public

HOLLY GLADSTONE
Notary Public, State of New York
No. 02GL6129050
Qualified in New York County
Commission Expires June 20, 2009